IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SOLOMON ROBERTS,

    Plaintiff,

v.                                                        CASE NO. 4:04-cv-00452-MP-AK

JAMES CROSBY, JR, et al.,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on Doc. 12, Report and Recommendations of the Magistrate Judge, recommending that the plaintiff's § 1983 action be dismissed pursuant to 28 U.S.C. § 1915A(b) for failure to state a claim upon which relief may be granted. The plaintiff filed objections, doc. 13, which the Court has reviewed. After careful consideration the Court agrees with the Magistrate Judge that although plaintiff alleges various actions by the defendants in denying him access to the law library or to legal materials, none of his pleadings, including his objections, ever allege any specific harm to any legal proceeding these actions allegedly caused. Therefore, the Court agrees with the Magistrate Judge that plaintiff has failed to state a claim under § 1983 for denial of access to the courts. Accordingly it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. This action is DISMISSED for failure to state a claim, pursuant to 28 U.S.C. § 1915A(b), and the clerk is directed to close the file.

**DONE AND ORDERED** this  _20th_  day of October, 2005

                                      *s/Maurice M. Paul*
                             Maurice M. Paul, Senior District Judge